UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HEATHER SPENCER MEANS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-1249-G-BK |
| GATEWAY MORTGAGE COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Objections were filed.  The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  The plaintiff shall file an answer to the defendant's counterclaim within 14 days of the date of this order.

**SO ORDERED**.

October 24, 2022.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**