UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HEATHER SPENCER MEANS, ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> VS. ) <br> ) <br> GATEWAY MORTGAGE COMPANY, ) <br> ) <br> Defendant/Counter-Plaintiff. ) | CIVIL ACTION NO. <br><br> 3:22-CV-1249-G-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

September 5, 2023.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**