UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GATEWAY MORTGAGE COMPANY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-1249-G-BK |
| HEATHER SPENCER MEANS, ) | |
| ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

    The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

    **SO ORDERED**.

January 29, 2024.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**